■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEXANDER MICHAEL MARATHON, Petitioner, v JOSEPH McCOY, as

Superintendent of Cayuga Correctional Facility, Respondent. [668 NYS2d 961] —Motion to extend time to take appeal denied as unnecessary. Memorandum: Because petitioner was never served with a copy of the judgment with notice of entry, petitioner's time to file and serve a notice of appeal has not begun to run (see, CPLR 5513 [a]). Present—Green, J. P., Pine, Callahan, Doerr and Fallon, JJ.